UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES of AMERICA,

    Plaintiff,

vs.                                          Case No.  3:08-cv-475-J-16MCR

JOANN LOWE,

    Defendant.
_____/

# O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion to Compel (Doc. 16) filed September 5, 2008.  Defendant's response to this Motion was due October 1, 2008.  To date, no response has been filed.  Accordingly, the Court will treat the Motion as though it was unopposed.[1]

## I. BACKGROUND

On August 5, 2008, Plaintiff served Defendant with requests for production of documents and interrogatories in aid of execution.  Defendant did not provide any responses.  As such, Plaintiff asks the Court to enter an Order compelling Defendant to respond to the discovery requests.

---

[1] Defendant was originally directed to file a response to the Motion to Compel by September 22, 2008.  When Defendant failed to file a response by that date, the Court directed Plaintiff to file a response no later than October 1, 2008. (Doc. 17).  Defendant was cautioned that failure to file a response would result in the Court treating the Motion to Compel as being unopposed. Id.

## II.  ANALYSIS

Motions to compel disclosures and other discovery under Rule 37(a) are committed to the sound discretion of the trial court.  Commercial Union Insurance Co. v. Westrope, 730 F.2d 729, 731 (11th Cir. 1984).  The trial court's exercise of discretion regarding discovery orders will be sustained absent a finding of abuse of that discretion to the prejudice of a party.  See Westrope, 730 F.2d at 731.

The overall purpose of discovery under the Federal Rules is to require the disclosure of all relevant information so that the ultimate resolution of disputed issues in any civil action may be based on a full and accurate understanding of the true facts. See United States v. Proctor & Gamble Co., 356 U.S. 677, 682, 78 S.Ct. 983, 986-87 (1958).  Discovery is intended to operate with minimal judicial supervision unless a dispute arises and one of the parties files a motion requiring judicial intervention. Furthermore, "[d]iscovery in this district should be practiced with a spirit of cooperation and civility."  Middle District Discovery (2001) at 1.

As Defendant failed to file a response to the instant Motion, the Court must assume Defendant has not yet provided any responses to the discovery requests. Accordingly, the Court directs Defendant to provide responses to Plaintiff's discovery requests no later than **Friday, October 10, 2008**.

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Motion to Compel (Doc. 16) is **GRANTED** as provided in the body of this Order.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  3rd  day of October, 2008.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record